IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PANHANDLE RESCUE MINISTRIES, INC., | ) ) ) | Case No. 8:04cv309 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| CITY OF GORDON, NEBRASKA, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Steven M. Virgil, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **June 30, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for June 2, 2005, is cancelled upon the representation that this case is settled.

Dated: May 31, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge